# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC., *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>ZAKARIA BADR REFAI,<br><br>                Defendant. | Case No. 1:18-cv-00993-LJO-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE**<br><br>(ECF No. 10) |

On October 10, 2018, Plaintiffs filed a notice of voluntary dismissal of this action. (ECF No. 10). Thus, the case has ended, and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **October 11, 2018**                       /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1